UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZACHARY GRALING,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>                Defendant. | CASE NO. C24-1798 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received a recommendation from a third-party mediator that the Court appoint a settlement judge to help resolve this lawsuit. While Defendant agrees with this recommendation, Plaintiff opposes it. The Court declines to appoint a settlement judge. Both parties are represented by counsel, have already engaged a third-party mediator, and are capable of negotiating a resolution in advance of trial, if they wish. The Court is here to try the dispute,

not coerce a settlement. For these reasons, the Court declines the recommendation/request to appoint a settlement judge.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 3, 2025.

                              Ravi Subramanian
                              Clerk of Court

                              s/Alejandro Pasaye Hernandez
                              Deputy Clerk